Notice and Acknowledgment for Service by Mail
Circuit Court for Cass County
Division - II

JUL 29 PM 2: __
FILED
CIRCUIT CLERK
CASS COUNTY MO.

Civil Action, File Number

Jeffrey M. Pearson "Pro-se"
P.O. Box 193
Warsaw Mo. 65355
Plaintiff,

Case # 19CA-CC00285

Refiled JP.
06/26/2021

(L Amended JP
06/26/2021

vs.
City of Pleasant Hill Missouri
SGT. Todd M. Burris "official capacity"
Prosecuting Attorney Jeremy Cover "official capacity"
~~Clines Auto Body~~ Louber Municipal Law, LLC
250 NE Tudor Road
Lees Summit, Mo. 64086
Clines Auto Body "Scott"
1107 Matthes, Ln.
Pleasant Hill, Mo. 64080, Dominick Maleno official capacity,
Defendant,

NOTICE AND ACKNOWLEDGMENT
OF RECEIPT OF SUMMONS
AND PETITION NOTICE

To: (City of Pleasant Hill Missouri, 203 Paul St. Pleasant Hill Mo. 64080
SGT. Todd M. Burris, 203 Paul St. Pleasant Hill Mo. 64088
P.O. Dominic Maleno, 203 Paul St. Pleasant Hill Mo. 64088
P.A. Jeremy Cover Louber Municipal Law, LLC 250 NE Tudor Rd. Lees Summit Mo. 64086
Clines Auto Body "Scott" 1107 Matthes, Ln. Pleasant Hill Mo. 64080

Exhibit 2

Circuit Court of Cass County
Division 17
State of Missouri

21CA-CC00158

FILED
CIRCUIT CLERK
CASS COUNTY MO.
21 JUL 29 PM 2:20

Plaintiff

Jeffrey Michael Pearson

V.

Defendants

1. City of Pleasant Hill Missouri
2. Clines Autobody
3. Lauber Municiplal Law LLC.
4. Jeremy Cover "Prosecuting Attorney" "official Capacity"
5. Sgt. Todd M. Burris "official Capacity" (Police officer Pleasant Hill)
6. Police officer Dominic Malena "Official Capacity" (Pleasant Hill).


Initial Petition

# Petition

I. 42 U.S.C. § 1983 - Unlawful Siezure, Detention, Search & Arrest (violations of First & Fourteenth Amendments to the United States Constitution & comparable portions of the Missouri Constitution);

II. 42 U.S.C. § 1983 - Unreasonable & Excessive Force (violations of the 4th Amendment to the U.S. & comparable Missouri constitution.

III. Municipal & Supervisory Liability (Section 1983, the 4th Amendment to the U.S.C, & the Constitutional & Common Law of the state of Missouri.

IIII. Malicious Prosecution (4th Amendment to the USC)

V. False Arrest (4th Amendment to the USC)

VI. Retaliation in Violation of the First Amendment [42] USC, Section 1983);

VII. Assault & Battery (Pendant Supplemental) claims of assault & battery under Missouri Law);

VIII. Loss of Consortium (Pendant [Supplemental] Claim under Missouri State Law,);

VIII. Right to be free <span>Case 4:21-cv-00783-RK Document 1-2 Filed 10/11/21 Page 3 of 50</span> Amendment USC, and comparable Missouri Constitution.

**X** Intentional Infliction of Emotional Distress
   (Federal & State Claim)

   Plaintiff seeks compensory & Punitive damages,
Any court cost Legal fees & costs. Actual & Punitive
Damages associated with the loss of & personal
vehicle, Plaintiff seeks a trial by jury
in all matters.

   On November 4th 2017. Plaintiff had
been walking his motor vehicle on the sidewalk
of 7 highway headed south. Plaintiff put
gasoline in the motor bike at Caseys General
Store. 310 N. MO-7, Pleasant Hill, MO. 64080.
Officer Malena initiated a citizen contact with
Plaintiff. Plaintiff clearly stated that he did
not wish to be contacted by Police officer
Dominic Malena. Officer Malena told Plaintiff
he was free to leave. As Plaintiff was exiting
the premises on foot Malena had called for
back-up for unknown reasons at this time.
Sgt. Todd M. Burris arrived at the Caseys, as
Plaintiff was leaving. Sgt. Burris drove past plaintiff
walking the scooter on the side walk and pulled
into Nicks Outfitters 210 MO-7, Pleasant Hill MO
64080. Approxomatley .1 miles or a 3minot walk,
See Attachment #1). The plaintiff was accused of
driving 7 highway on which Sgt. Burris

claims to have been searching for plaintiff.
SEE. Attachment #2 (Incident report)
Plaintiff immediately bought the dashcam the
very next day.

"However, unless the video tape blatantly
Contradicts the allegations in the complaint,
the court must still accept those allegations
as true See Garcia v. Does, 764 F. 3d 170
180 (2d Cir. 2014) citing Scott v. Harris, 550 U.S. 32
380 (2007)); Bogie v. Rosenberg, 705 F. 3d 603
609 (7th Cir. 2013) ("When an exhibit incontrovertibly
contradicts the allegations in the complaint
the exhibit ordinarily controls even when
considering a motion to dismiss.")

Plaintiff asserts that there is No truth
to the allegations and Sgt. Burris had
invented a pre-textual stop to conduct an
illegal false arrest. The dash cam blatently
contradicts the incident report.
Plaintiff had showed these tapes to
the municipal judge & Jeremy Cover. Plaintiff
does not believe Todd M. Burris is
immunity qualified. During said Municipal trial
Plaintiff asked Todd Burris if he was familiar with
Missouri racial profiling policy. in which Plaintiff
had learned that was what Pleasant Hill uses for
Quotas to arrest officers. Sgt Burris stated, "Yes"

Plaintiff more specifically asked if he was familiar with the rules of a citizen contact. He said he was, & that he was aware that Plaintiff did not have to comply & was free to leave. ~~This should suffice as~~ Therefore he knew what he was doing violated Plaintiff's rights but did it anyway. Voiding Sgt. Burris of his immunity qualification. See Harlow v. Fitzgerald, 457 US. 800, 818 (1982)

Furthermore Plaintiff seeks to hold the city of Pleasanthill accountable as well because Sgt. Burris actions were not isolated & have learned a man had died in his cell while in & Sgt. Burris custody. And his actions were done under a supervisory capacity in which he abused to teach Dominic Malena how to deal with citizens who fail to cooperate. This is poisoness throughout the department therefore the city bears the litigation along with Sgt. Burris. In the video Sgt. Burris could not articulate why Plaintiff was to stop & throughout the dash cam & booking tapes. It's quite clear that I was arrested for "Running my mouth" a clear violation of plaintiffs 1st amendment rights.

Dashcam also reveals the reason Sgt. Burris

(Continued next page)

134 F.3d

(SEE Smith v. Wade, 461 US. 30, 36 (1983).
     Punitive Damages demonstrate that Burns Conduct
was motivated by malice or evil intent,
or acted with wreckless or callous indifference
to Plaintiffs Federally protected rights.

< The City of Pleasant Hill Missouri.
SEE Kentucky v. Graham, 473 US. 591 165
(1985) where as an individual-capacity suit
seeks to impose personal liability on a government
official for actions taken under color of state
law. An official capacity suit is the
     equivilent of an action against the
governmental entity of which the officer
is an agent.
     Kimibillo v. Streicher 434 F.3d 461
466 (6th Cir. 2006)
     The Doctrine of qualified immunity
sheilds government officials from liability
for civil damages for actions taken in
the scope of their duties, unless their
Conduct violates "clearly established statutory
or constitutional rights, of which a reasonable
person would have known." Harlow v. Fitzgerald
457 US. 800, 818 (1982)
     See Garcia v. Does, 764 F.3d 170 180 (2d
Cir. 2014) citing Scott v. Harris, 550 US. 372, 380 (2007)

had his probable cause, was cause of a broken tail light. The video captures the bike getting towed with a working tail light. This case was ultamatley refered to a trial de novo in Cass County Missouri & Jeremy Caver after reviewing all of these said violations continued his quest to prosecute until the day of trial. The police were supposidley too difficult to reach. Plaintiff demanded that he get his bike free of charge from Clines autobody which Jeremy Caver agreed (See court CD) Plaintiff reached out to Scott at Clines autobody & was "Scott" admitted to speaking with me Jeremy caver about the scooter & insisted on charging me $360⁰⁰ to get it out. Plaintiff seek's actual & punitive damages from Clines Auto for the loss of income due to not having a ride & the loss of freedom that comes with it.

("when an exhibit incontrovertibly contradicts the allegations in the complaint, the exhibit ordinarily controls even when considering a motion to dismiss.)

City of Pleasant Hill MO.

names t in his/her individual capacity (without the official capacity) Kentucky v. Graham 473 US 159 165 (1985) See Thorpe ex rel. D'Tu, Breath it t (nty Bd of Educ. 932 F Supp.2d 799, 802. (E.D.Ky.2013)

See Adickes v. SH. Kress & Co. 398, U.S, 144, 150 (1970).

In determining the sufficiency of the allegations in a complaint a court may consider exhibits attached to a motion for judgement on the pleadings. without converting to a motion for summary judgement" so long as they are referred to in the complaint & are central to the claims contained therein

"Bassett v. Nat'l Collegiate Athletic Ass'n, 528 F 3d 426, 430 (6th cir 2008)

In Jones v. City of Cincinnati, the court held that even though a video tape of a police encounter could be considered in connection with a motion to dismiss, the district court was not required to do so where the video tape "captures any part of the incident & would provide

321 F.3d at 562.

a supervisory official's failure to supervise, control or train the offending individual is not actionable unless the supervisor either encouraged the specific incident of misconduct or in some other way directly participated in it.

Count IV: "Malicious Prosecution (Violations of the Fourth Amendment to the U.S.C. as well as comparable portions of the Missouri Constitution.)

(Wallace v. Kato, 549 U.S. 384, 390 (2007)

malicious prosecution claim under 1983§ must prove that:
(1) a criminal prosecution was initiated against me.
(2) there was no prob. cause to support the criminal prosecution; (3) I suffered deprivation of liberty, apart from the initial seizure, and criminal proceeding was resolved in my favor.

Mitchell v. Forsyth, 472 U.S. 511, 526 (1985).

Saucier v. Katz, 533 US 194, 206 (2001).

Ashcroft v. al-kidd, 131 S. Ct. 2074, 2085 (2011) (quoting

Malley v. Briggs, 475 U.S. 335, 341 (1986)).

To determine whether a government official is entitled to qualified immunity we consider the two-part test described in Saucier v. Katz, which asks whether a constitutional right would have been violated on the facts alleged, & if so, whether the right was clearly established. 533 U.S. 194, 2001, 121 S. Ct. 2151, 150 L.Ed.2d 272 (2001). We are free to address the second question first, analyzing whether the constitutional right at purportedly prohibited a defendant's conduct

was clearly established, without addressing whether there was a constitutional violation at all. Pedrson v. Callahah, 555 U.S. 223, 236, 129 SCt. 808, 172 L.Ed.2d 565 (2009).

Occupy Nashville v. Haslam, 769 F.3d 434, 442 6th Cir. 2014).

Arrest with out probable cause constitutes an unreasonable seizure in violation of the Fourth Amendment." ℗

Ingram v. City of Columbus, 185 F.3d 579, 592-93 (6th Cir. 1999) "Probable cause to justify an arrest means facts & circumstances within the officers knowledge that are sufficient to warrant a prudent person, or one of reasonable caution in believing, in the circumstances shown, that the suspect has committed, is committing, or is about to commit an offense. Michigan v. DeFillippo, 443 U.S. 31, 7 (1979)

courts normally look to state law defining the offense. Id. at 36 (To determine whether an officer had probable cause to arrest someone for violation of a state statue, courts normally look to state law defining the offense. Id. at 36 ("Whether an officer is authorized to make an arrest ordinarily depends, in the first instance, on state law"). See also Ingram, 185 F.3d at 594 ("To determine whether officers had probable cause to arrest an individual, we must look to the law of the jurisdiction at the time of the occurrence.")

At issue here is whether PO had probable cause to arrest for failing to comply.

Missouri law provides as follows:

A)

As the Supreme Court held, "a defendant cannot be said to have violated a clearly established right unless the rights contours were sufficiently definite that any reasonable official in the defendants shoes would have understood that he was violating it." Plumhoff v. Rickard, 134 S. Ct. 2012, ~~2021~~ 2023 (2014) (citing

Ashcroft v. al-kidd, 131 S.Ct. 2074 2083-84 (2011)). An officer is entitled to qualified immunity unless existing precedent "placed the statutory or constitutional question" confronted by the official "beyond debate." Id. The "crucial question is whether the official acted reasonably in the particular circumstances that he/she faced."

Count II: "42 U.S.C. § 1983-
Unreasonable & Excessive Force (violations
of the Fourth Amendment to the United
States Constitution, as well as
comparable portions of the Ohio
Constitution)"

Slusher v. Carson 540 F.3d 449,
453-54 (6th Cir. 2008).

(1989), Graham v. Connor, 490 U.S. 386

Clearly established right to be free from
the use of gratuitous violence during
the course of the arrest.
    See Shreve v. Jessamine Cnty. Fiscal
Court, 453 F.3d 681, 688 (6th Cir. 2006).
["Cases in this circuit clearly establish the
right of people who pose no safety
risk to the police to be free from
gratuitous violence during arrest.").

3. Count III "Municipal & Supervisory Liability (Section 1983, the Fourth Amendment [] to the United States Constitutional & the Constitutional & Common law of the State of Missouri)"

A municipality cannot be held liable under § 1983 merely because it employs an individual who engages in unconstitutional conduct. Rather, plaintiffs must prove that a policy or custom of the municipality was the "moving force" behind the alleged constitutional violation.

Monell v. Dept. of Soc. Serv., 436 U.S. 658, 694 (1978).

Such a policy or custom may consist of:
"(1) the municipality's legislative enactments or official agency policies;

(2) Actions taken by officials with Final Decision Making Authority;

a policy of inadequate training or supervision;
a custom of tolerance or acquiescence of

federal rights violations."

Thomas v. City of Chatanooga, 398 F.3d 426, 429 (6th Cir. 2005).

Plaintiff allege that inadequacy of supervisory/training was the result of deliberate indifference.

In Connick v. Thompson, 131 S. Ct. 1350 (2011), the Supreme Court noted that "a municipality's culpability for a deprivation of rights is at its most tenuous where a claim turns on a failure to train." The failure to train must amount to a "deliberate indifference" to the rights of persons with whom the [untrained employees] come into contact. Id. at 1359 (quoting Canton v. Harris, 489 US 378, 388 (1989).

Plntffl must allege facts sufficient to show that there was a ear & persistent pattern of unconsitutional conduct

demonstrating that the municipality had ignored a history of abuse & was clearly on notice that training in this particular area was deficient & likely to cause injury.)

D'Ambrosio v. Marino, 747 F.3d 378, 387 (6th Cir. 2014).

that there was a pattern of inadequately investigating similar claims." Burgess, 735 F.3d at 478.

Shehee v. Luttrell 199 F.3d 295, 300 (6th Cir. 1982)

McQueen v. Beecher Community Schools, 433 F.3d 460 (6th Cir. 2006)

Hays v. Jefferson County 668 F.2d 869 874 (6th Cir. 1982)

Under Penalty of Perjury I swear to the
facts contained therein to the best of my knowledge

X _____

06/26/2021

X _____  7/29/2021

# Exhibit List

A) Dash Cam

B) Incident Reports

C) Missouri Racial Profiling (packet)

D) Radio Dispatch

E) Maps of Pleasont Hill

F) Didgital Recorder (Audio)

G) Emails to Casey's General

H) Booking CD (audio/visual)

I) CD (trial de novo)

J) Motion To Suppress Evidence

IN THE 17th JUDICIAL CIRCUIT COURT, Harrisonville, MISSOURI

21CA-CC00158

| Judge or Division: 17 | Case Number: 19EACC00285 |
|---|---|
| Petitioner: Jeffrey M. Pearson vs. | Petitioner's Address/Telephone: 403 E. Broadway Street Jerico Springs MO, 64796 (660)223-8759 |
| Respondent: City of Pleasant Hill Et Al | Respondent's Address/Telephone: 203 Paul st. Pleasant Hill MO, 64080 |

(Date File Stamp)

21 JUL 29 PM 2:20
FILED
CIRCUIT CLERK
CASS COUNTY, MO.

## Motion and Affidavit in Support of Request to Proceed As a Poor Person

| Marital Status: | If Married, Spouse's name: | Number of dependents: |
|---|---|---|

### (Include Spouse's Income and Expenses if Married)

**Monthly Income**

| | | |
|---|---|---|
| Gross salary (before deductions) | $ | 794.00 |
| Public assistance | $ | |
| Retirement/Pension | $ | |
| Social Security | $ | 794.00 |
| Child Support | $ | |
| Maintenance | $ | |
| Other income to be considered | $ | |
| **Total Monthly Income** | $ | 794 |

**Monthly Expenses**

| | | |
|---|---|---|
| ☐ Mortgage  ☒ Rent Payment | $ | 400 monthly |
| Utilities | $ | 300 monthly |
| Food | $ | "food stamps" 194 |
| Payment on debts & credit cards | $ | |
| Child Support | $ | |
| Maintenance | $ | |
| Medical expenses to be considered | $ | |
| **Total Monthly Expenses** | $ | 700.00 |

**Assets**

| | | |
|---|---|---|
| Cash on Hand | $ | 0 |
| Bank Accounts: | | |
| Checking | $ | 0 |
| Savings | $ | 0 |
| Approximate value of home | $ | 0 |
| And/or other real estate | $ | 0 |
| Approximate value of automobile(s) | $ | 5723.00 |
| (1) yr/make 2005/caravon | | |
| (2) yr/make | | |
| Approximate value of personal Possessions (list) | | |
| | $ | |
| | $ | |
| | $ | |
| **Total Assets** | $ | 5723.50 |

**Debts**

| | | |
|---|---|---|
| Home loan balance | $ | |
| Automobile loan(s) | $ | 5723.50 |
| Credit card balance(s) | $ | |
| Other debts to be considered | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| **Total Debts** | $ | 5723.50 |

I swear/affirm under penalty of perjury that these facts are true to my best knowledge and belief.

| 7-29-2021 | |
|---|---|
| Date | Your Signature |

OSCA (07-15) GN10 Case 4:21-cv-00743-RK   Document 1-2   Filed 10/11/21   Page 21 of 50   1 of 1   Rule 77.03, Section 514.040 RSMo

# Social Security Administration
# Benefit Verification Letter

Date: May 13, 2021
BNC#: 21HS123G78751
REF: DI

# 000002348   I=000000   0513 BEVE 96S

2346 1 MB 0.447

JEFFREY MICHAEL PEARSON
PO BOX 193
WARSAW MO 65355-0193

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Supplemental Security Income Payments

Beginning April 2021, the current Supplemental Security Income payment is $794.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due.

(For example, Supplemental Security Income Payments for March are paid in March.)

We found that you became disabled under our rules on March 14, 2016.

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Date of Birth Information

The date of birth shown on our records is April 4, 1984.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).



**See Next Page**

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet
to find general information about Social Security. If you have any specific
questions, you may call us toll-free at 1-800-772-1213, or call your local office at
1-877-405-5459. We can answer most questions over the phone. If you are deaf
or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also
write or visit any Social Security office. The office that serves your area is
located at:

> SOCIAL SECURITY
> 3404 W 10TH
> SEDALIA MO 65301

If you do call or visit an office, please have this letter with you. It will help us
answer your questions. Also, if you plan to visit an office, you may call ahead
to make an appointment. This will help us serve you more quickly when you
arrive at the office.

*Social Security Administration*

IN THE **17ᵗʰ** JUDICIAL CIRCUIT COURT, _County of Cass Harrisonville_ MISSOURI

21CA-CC00158

| Judge or <u>Division</u>: 17 | Case Number: ~~19CA-CC00285~~ |
|---|---|
| Petitioner: Jeffrey M. Pearson<br><br>vs. | Petitioner's Address/Telephone:<br>403 E. Broadway St.<br>Jerico Springs Mo. 64756 (660) 223-8759 |
| Respondent: City of Pleasant Hill<br>Et Al | Respondent's Address/Telephone:<br>203 Paul St.<br>Pleasant Hill MO, 64080<br><br>(Date File Stamp) |

## Order to Proceed As a Poor Person

☐ The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that _____ is without sufficient funds or assets with which to pay the advance deposit for costs in this action and, therefore, is granted leave to proceed as a poor person and the required advanced deposit for costs is waived.

☐ The Court, having considered the Motion and Affidavit in Support of Request to Proceed as a Poor Person, finds that _____ has sufficient funds or assets with which to pay the advance deposit for costs in this action, and therefore, the Motion is denied.

_____
Date

_____
Commissioner/Judge



In the 17th Judicial Circuit Court    21CA-CC00158
County of Cass Harrisonville, MO. missouri

Petitioner
Jeffrey M. Pearson                    Case#19CA-CC00285
403 E. Broadway St.
Jerico Springs MO
        64756                         21 JUL 29 PM 2:20
                                      FILED
V.                                    CIRCUIT CLERK
                                      CASS COUNTY MO.
City of Pleasant Hill
    Et. AL

~~Permiss~~ Pe Plaintiff wishes to have
Summons be delivered by Sheriff upon
approval of THE COURT.

Comes Now Plaintiff hereby wishes the
defendants in the above case to be served
any summons/Documentation concerning said case
to be delivered by Sheriff of Cass County Missouri
as prescribed by law.

Plaintiff
Jeffrey Michael Pearson    X _____

Circuit Court of Cass County
Division 17

Amended Jeffrey Michael Pearson )
PLAINTIFF

"Scott" Clines Auto Body )

Amended

Case# 19CA-CC00285

DEFENDANT )

JP 7/16/21

21CA-CC0158

FILED
CIRCUIT CLERK
CASS COUNTY MO
2021 JUL 29 PM 2:20

## Owner/Lienholder Petition for Property Release

Comes Now Plaintiff Jeffrey M. Pearson in the matter of case No. 19CA-CC00285 Hereby moves this court to release the property held at Clines Auto Body Shop at 1107 Matthes, Ln. Pleasant Hill Mo. 64080 And has such illegally detained such property that is owned by the petitioner. That been said property is as follows year Tololo Motorcycle.

Petitioner states that on or about Nov. 4th 2017 Clines Auto Body took possession of Plaintiffs property through police forces after arrest. Plaintiff states that Cass County Circuit Court under the honorable Judge & Prosecutor Jeremy Lower of

Was & can be cross examined by CD audio of such hearing. In which the plaintiff & Prosecutor V made a verbal contract in front of ~~Said court~~ magistrate and while under oath. The contract consisted of Plaintiff worried about getting his scooter/motorbike back since such case had been dismissed. The P.A. Jeremy Cover stated, "I'll take care of it."

Plaintiff spoke to "Scott" at Clines Auto Body & he claimed to have spoken with Jeremy Cover but insisted it would cost Plaintiff $250.⁰⁰ - $350.⁰⁰

Plaintiff is indegent & has made a binding contract with Jeremy Cover. If Jeremy Cover does Not possess such powers to release property Plaintiff prays that the court will.

I swear under penalty of perjury The statements in this/motion are true to the best of my knowledge.

X _____

medicine effects me

Exhibit B #1

7-16-2021 JMP

Case # 19cv-cc0035

Plaintiff: Jeffrey M. Padron
403 E. Bloodwright St.
Joplin MO
(560) 223-8258

Defendant:
Elites Auto Body
1107 Mathes Inn
Pleasant Hill MO
64080

Nexium®
(esomeprazole magnesium)

# CERTIFICATE OF ORIGIN FOR A VEHICLE

TAOTAO USA INC

| | | |
|---|---|---|
| DATE 06/15/2015 | YEAR 2013 | MAKE TAOTAOCHINA |
| VEHICLE IDENTIFICATION NO L9NTELKD8D1081606 | | INVOICE NO 159099 |
| BODY TYPE SCOOTER | | SERIES OR MODEL POWERMAX 150 |
| H P (S A E) 149CC | G V W R 230 LBS | NO CYLS ONE SHIPPING WEIGHT 230 LBS |

NAME OF DISTRIBUTOR DEALER ETC

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

THIS VEHICLE CONFORMS TO ALL APPLICABLE FEDERAL MOTOR VEHICLE SAFETY STANDARDS AND ENVIRONMENTAL PROTECTION AGENCY REQUIREMENTS IN ACCORDANCE WITH THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION

50 HIGHWAY CYCLE
1459 NW US HWY 50
HOLDEN, MO 64040

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

186396

TAOTAO USA INC.

BY _____
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)

Dallas, TX
CITY - STATE

(AGENT)

7-16-2021
EXHIBIT B #1
Case # 19CA-CC00235
Plaintiff: Steffes M Pearson
403 E Broadway St
Verona Springs Mo
64735
(660) 223-8259

Defendant
Clines Auto Body
107 Matthes Ln
Pleasant Hill MO
64080

| LIENHOLDER | ODOMETER DISCLOSURE FOR RETAIL SALE | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4 | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3 | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2 | DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1 |
|---|---|---|---|---|---|
| | | | | Jeffery Michael Pearson | |
| | | | | Revening Drive Warsaw MD | |
| | | | | Unknowing | |
| | | | 28675 | Warsaw MO 65355 | |

WARNING ODOMETER DISCREPANCY

Case 4:21-cv-00743-RK   Document 1-2   Filed 10/11/21   Page 30 of 50

# NOTICE OF ENTRY
(SUPREME COURT RULE 74.03)

## In The 17th Judicial Circuit Court, Cass County, Missouri
CASS COUNTY JUSTICE CENTER, 2501 WEST MECHANIC, HARRISONVILLE, MISSOURI 64701

**JEFFREY M PEARSON V CITY OF PLEASANT HILL ET AL**                    **CASE NO : 21CA-CC00158**

To:     File

YOU ARE HEREBY NOTIFIED that the court duly entered the following:

| **Filing Date** | **Description** |
| --- | --- |
| 09-Aug-2021 | Notice of Court Hearing Sent |

Hearing Scheduled
Court sets case for an in person hearing on September 7, 2021 at 2:30 pm
Scheduled For: 07-Sep-2021 2:30 PM; WILLIAM B COLLINS; DIVISION I COURTROOM; Cass
IN PERSON HEARING
Event Location: Cass County Justice Center,2501 West Mechanic,Harrisonville, Mo

_____
Clerk of Court

CC:        File
           JEFFREY M PEARSON
ECC:
Date Printed : 09-Aug-2021

For additional information on your case, please check Case.Net at www.courts.mo.gov/casenet
V17.0
Case 4:21-cv-00743-RK   Document 1-2   Filed 10/11/21   Page 31 of 50

Sep. 7th 2021

17th Judicial Circuit Court.
Cass County. Missouri ~~&~~ Harrisonville, Mo.

Plaintiff:

Jeffrey M. Pearson
403 E. Broadway ~~st~~,
Jerico Springs Mo.
phone # (660) 223-8796 ~~6456~~

Case NO. 21CA-CC00158

21 SEP -7 PM 3: 40
FILED
CIRCUIT CLERK
CASS COUNTY, MO.

V.

Defendant:
City of Pleasant Hill Missouri
ET-AL

#1 Request for Summons
via certified mail.

X [signature]

17th Judicial Circuit Court
Cass County, State of Missouri.

Case No: 21CA-CC00158

filed Sept. 4th 2021

21 SEP -7 PM 3 53
FILED
CIRCUIT CLERK
CASS COUNTY, MO.

Plaintiff:
Jeffrey M. Pearson
403 E. Broadway St.
Jericco Springs. MO.
64756
(660) 223-0759

V.

Defendant:
City of Pleasant Hill
Et-AL "CLINES AUTOBODY"

## Motion to force the release of property rightfully owned by the plaintiff & illegally detained by the Defendant "Clines Auto Body"

COMES NOW: Plaintiff prays that this court thru the Honorable judge William

Case 4:21-cv-00743-RK  Document 12  Filed 10/11/21  Page 33 of 50



Collins will grant relief to plaintiff in that clines Auto Body has been in possession of Plaintiffs motorcycle for ~~one~~ a period of over 4 years. In doing so Defendant has left the Plaintiff at a serious disadvantage in society as he is disabled not able to make many doctor appointments & was unable to care for himself without his transportation. Plaintiff was impotent in that he was unable to move the court with more confidence & Plaintiff only just now has become as mobile as he was when Clines Autobody came into possession of Plaintiffs transportation. Plaintiff has made several attempts to retrieve his bike & was sent away empty handed or sometimes "Scott" would say Plaintiff owed $300⁰⁰ and would have to pay the

sum in full in order to 'leave with his bike. Plaintiff properly refused as according to Missouri Law "when a defendant in a case has the entire case dismissed any debts incured by the case itself must be paid for by the party that did NOT prevail."

September 7th 2021

Plaintiff Jeffery M. Pearson

X

I swear under penalty of perjury that the above facts are all true to the best of my knowledge



# IN THE 17TH JUDICIAL CIRCUIT COURT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | Case Number:  21CA-CC00158 |
| Plaintiff/Petitioner:<br>JEFFREY M PEARSON | Plaintiff's/Petitioner's Attorney/Address: |
| vs. | |
| Defendant/Respondent:<br>CITY OF PLEASANT HILL | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO  64701 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |
| | (Date File Stamp) |

## Summons for Service by Registered or Certified Mail

**The State of Missouri to:**  CITY OF PLEASANT HILL
                          **Alias:**

**CITY HALL**
**203 PAUL**
**PLEASANT HILL, MO  64080**

*COURT SEAL OF*

*CASS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause.  If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

/s/ Kim York, Circuit Clerk, 9/8/2021, 08:40 AM

| | |
|---|---|
| Date Issued | Clerk |

Further Information:

---

## Certificate of Mailing

    I certify that on    9/8/21     (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent  CITY OF PLEASANT HILL by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

/s/ Kim York, Circuit Clerk, 9/8/2021, 08:40 AM

| | |
|---|---|
| Date | Clerk |

OSCA (7-99) SM90 (SMCM) *For Court Use Only:* **Document ID # 21-SMCM-143**　　　　1 of 1　　　　S.C. Form 4; Rule 54.12b, 506.150 RSMo



# IN THE 17TH JUDICIAL CIRCUIT COURT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | **Case Number: 21CA-CC00158** |
| Plaintiff/Petitioner:<br>JEFFREY M PEARSON | Plaintiff's/Petitioner's Attorney/Address: |
| vs. | |
| Defendant/Respondent:<br>CITY OF PLEASANT HILL | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO 64701 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

(Date File Stamp)

## Summons for Service by Registered or Certified Mail

**The State of Missouri to:** **CLINES AUTO BODY**
**Alias:**

**1107 MATTHES LANE**
**PLEASANT HILL, MO 64080**

*COURT SEAL OF*

*CASS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

/s/ Kim York, Circuit Clerk, 9/8/2021, 08:43 AM

_____        _____
Date Issued                                              Clerk

Further Information:

## Certificate of Mailing

I certify that on ___ 9/8/21 ___ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent CLINES AUTO BODY by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

/s/ Kim York, Circuit Clerk, 9/8/2021, 08:43 AM

_____        _____
Date                                                        Clerk

OSCA (7-99) SM90 (SMCM) *For Court Use Only:* **Document ID # 21-SMCM-144**          1 of 1          S.C. Form 4; Rule 54.12b, 506.150 RSMo



# IN THE 17TH JUDICIAL CIRCUIT COURT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | Case Number: 21CA-CC00158 |
| Plaintiff/Petitioner:<br>JEFFREY M PEARSON<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address: |
| Defendant/Respondent:<br>CITY OF PLEASANT HILL | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO 64701 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |

(Date File Stamp)

## Summons for Service by Registered or Certified Mail

**The State of Missouri to:** **TODD BURRIS (SERGEANT)**
      **Alias:**

**PLEASANT HILL POLICE DEPT**
**203 PAUL ST**
**PLEASANT HILL, MO 64080**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CASS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

| /s/ Kim York, Circuit Clerk, 9/8/2021, 08:46 AM | |
|---|---|
| Date Issued | Clerk |

Further Information:

## Certificate of Mailing

I certify that on _____ 9/8/21 _____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent TODD BURRIS (SERGEANT) by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

| /s/ Kim York, Circuit Clerk, 9/8/2021, 08:46 AM | |
|---|---|
| Date | Clerk |

OSCA (7-99) SM90 (SMCM) *For Court Use Only:* **Document ID # 21-SMCM-145**    1 of 1    S.C. Form 4; Rule 54.12b, 506.150 RSMo



# IN THE 17TH JUDICIAL CIRCUIT COURT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | Case Number: 21CA-CC00158 |
| Plaintiff/Petitioner:<br>JEFFREY M PEARSON | Plaintiff's/Petitioner's Attorney/Address: |
| vs. | |
| Defendant/Respondent:<br>CITY OF PLEASANT HILL | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO 64701 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons for Service by Registered or Certified Mail

The State of Missouri to: **DOMINIC MOLENA (POLICE OFFICER)**
                 Alias:

**PLEASANT HILL POLICE DEPT**
**203 PAUL STREET**
**PLEASANT HILL, MO 64080**

*COURT SEAL OF*

*CASS COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

| _____ | /s/ Kim York, Circuit Clerk, 9/8/2021, 08:49 AM |
|---|---|
| Date Issued | Clerk |

Further Information:

---

## Certificate of Mailing

I certify that on _____9/8/21_____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent DOMINIC MOLENA (POLICE OFFICER) by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

| _____ | /s/ Kim York, Circuit Clerk, 9/8/2021, 08:49 AM |
|---|---|
| Date | Clerk |

OSCA (7-99) SM90 (SMCM) *For Court Use Only:* **Document ID # 21-SMCM-146**      1 of 1      S.C. Form 4; Rule 54.12b, 506.150 RSMo

Case 4:21-cv-00743-RK Document 1-2 Filed 10/11/21 Page 40 of 50



# IN THE 17TH JUDICIAL CIRCUIT COURT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | **Case Number: 21CA-CC00158** |
| Plaintiff/Petitioner:<br>JEFFREY M PEARSON | Plaintiff's/Petitioner's Attorney/Address: |
| vs. | |
| Defendant/Respondent:<br>CITY OF PLEASANT HILL | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO 64701 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | |
| | (Date File Stamp) |

## Summons for Service by Registered or Certified Mail

**The State of Missouri to:** **JEREMY COVER**
 **Alias:**

**OFFICIAL CAPACITY: MUN. P A**
**LAUBER MUNICIPAL LAW LLC**
**250 TUDOR RD**
**LEES SUMMIT, MO 64086**

*COURT SEAL OF*

*CASS COUNTY*

   You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

| /s/ Kim York, Circuit Clerk, 9/8/2021, 08:51 AM | |
|---|---|
| Date Issued | Clerk |

Further Information:

---

## Certificate of Mailing

   I certify that on _____ 9/8/21 _____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent JEREMY COVER by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

| /s/ Kim York, Circuit Clerk, 9/8/2021, 08:51 AM | |
|---|---|
| Date | Clerk |

OSCA (7-99) SM90 (SMCM) *For Court Use Only:* **Document ID # 21-SMCM-147**      1 of 1      S.C. Form 4; Rule 54.12b, 506.150 RSMo



# IN THE 17TH JUDICIAL CIRCUIT COURT, CASS COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>WILLIAM B COLLINS | Case Number: 21CA-CC00158 |
| Plaintiff/Petitioner:<br>JEFFREY M PEARSON<br><br>                      **vs.** | Plaintiff's/Petitioner's Attorney/Address: |
| Defendant/Respondent:<br>CITY OF PLEASANT HILL | Court Address:<br>Cass County Justice Center<br>2501 West Mechanic<br>HARRISONVILLE, MO 64701 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons for Service by Registered or Certified Mail

**The State of Missouri to:** **LAUBER MUNICIPAL LAW LLC**
                **Alias:**

**250 NE TUDOR RD**
**LEES SUMMIT, MO 64086**

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CASS COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the Plaintiff/Petitioner, or Plaintiff/Petitioner, if pro se, at the above address all within 30 days after the return registered or certified mail receipt signed by you has been filed in this cause. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in the petition.

| /s/ Kim York, Circuit Clerk, 9/8/2021, 08:54 AM | |
|---|---|
| Date Issued | Clerk |

Further Information:

## Certificate of Mailing

I certify that on _____9/8/21_____ (date), I mailed a copy of this summons and a copy of the petition to Defendant/Respondent LAUBER MUNICIPAL LAW LLC by registered or certified mail, requesting a return receipt by the addressee only, to the said Defendant/Respondent at the address furnished by Plaintiff/Petitioner.

| /s/ Kim York, Circuit Clerk, 9/8/2021, 08:54 AM | |
|---|---|
| Date | Clerk |

OSCA (7-99) SM90 (SMCM) *For Court Use Only:* **Document ID # 21-SMCM-148**　　　1 of 1　　　S.C. Form 4; Rule 54.12b, 506.150 RSMo



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lauber Municipal Law LLC
250 NE Tudor Rd
Lee's Summit, MO 64086

9590 9402 6194 0220 8439 42

21CA-CC00153

2. Article Number *(Transfer from service label)*

7017 2770 0000 7598 8112

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X S. Willis C-YD

☑ Agent
☐ Addressee

B. Received by *(Printed Name)*

COVID-19

C. Date of Delivery

9/14/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

21-SMCM-148

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

KANSAS CITY MO
14 SEP 2021 PM 5 L

9590 9402 6194 0220 8439 42

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED

SEP 16 2021

CASS COUNTY CIRCUIT CLERK

CASS CTY CIRCUIT COURT
2501 W MECHANIC
HARRISONVILLE, MO  64701

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dominic Molena
Pleasant Hill Police Dept
203 Paul Street
Pleasant Hill, MO 64080

9590 9402 6194 0220 8439 66

21CA- CC00158

2. Article Number *(Transfer from service label)*

7019 2970 0000 7598 8099

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _(signature)_ ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

21-SMCM-146

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 6194 0220 8439 66

United States
Postal Service



• Sender: Please print your name, address, and ZIP+4® in this box•

CASS CTY CIRCUIT COURT
2501 W MECHANIC
HARRISONVILLE, MO  64701

**FILED**

SEP 16 2021

CASS COUNTY CIRCUIT CLERK

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Todd Burris, Sergeant
Pleasant Hill Police Dept.
203 Paul
Pleasant Hill, MO 64080

21CA-CC00158

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 6194 0220 8439 73

2. Article Number *(Transfer from service label)*
7021 2720 0000 7598 0202

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Amy Johnson*
  ☐ Agent
  ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

21-Smcm-145

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

KANSAS CITY 640
14 SEP 2021 PM 3 L

9590 9402 6194 0220 8439 73

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States
Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

CASS CTY CIRCUIT COURT
2501 W MECHANIC
HARRISONVILLE, MO 64701

FILED

SEP 16 2021

CASS COUNTY CIRCUIT CLERK

Case 4:21-cv-00743-RK Document 1-2 Filed 10/11/21 Page 48 of 50

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

City of Pleasant Hill
City Hall
203 Paul
Pleasant Hill, MO 64080

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6194 0220 8440 00

21CA CC00158

2. Article Number *(Transfer from service label)*

7019 2970 0000 7548 0068

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *Amy Johnson*  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

21-Smcm-143

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~Insured Mail~~
   ~~stricted Delivery~~

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Case 4:21-cv-00743-RK   Document 1-2   Filed 10/11/21   Page 49 of 50

PS Form **3811**, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

**USPS TRACKING #**



9590 9402 6194 0220 8440 00

| First-Class Mail |
| Postage & Fees Paid |
| USPS |
| Permit No. G-10 |

**United States**
**Postal Service**

FILED

SEP 16 2021

CASS COUNTY CIRCUIT CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

CASS CTY CIRCUIT COURT
2501 W MECHANIC
HARRISONVILLE, MO  64701

Case 4:21-cv-00743-RK   Document 1-2   Filed 10/11/21   Page 50 of 50

-780825